FILED
CLERK, U.S. DISTRICT COURT

SEP 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,        )      NO.: CR 00-00470-AHM
                                     )
12                  Plaintiff,       )      ORDER OF DETENTION AFTER HEARING
                                     )        [Fed.R.Crim.P. 32.1(a)(6);
13           v.                      )           18 U.S.C. 3143(a)]
                                     )
14  JOSE MARIO MONERROSA,            )
                                     )
15                  Defendant.       )
                                     )
16  _____ )

17

18       The defendant having been arrested in this District pursuant to

19  a warrant issued by the United States District Court for the Central

20  District of California for alleged violations of the terms and

21  conditions of his supervised release; and

22       The Court having conducted a detention hearing pursuant to

23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24       The Court finds that:

25  A.   (X)  The defendant has not met his burden of establishing by

26       clear and convincing evidence that he is not likely to flee if

27       released under 18 U.S.C. § 3142(b) or (c).  This finding is

28  Deten[2].ord

1    based on his failure to proffer any evidence to meet his burden

2    on this issue.

3    and

4  B.    (X)   The defendant has not met his burden of establishing by

5    clear and convincing evidence that he is not likely to pose a

6    danger to the safety of any other person or the community if

7    released under 18 U.S.C. § 3142(b) or (c).   This finding is

8    based on his failure to proffer any evidence to meet his burden

9    on this issue.

10    IT THEREFORE IS ORDERED that the defendant be detained pending

11  the further revocation proceedings.

12

13  DATED: September 18, 2008

14

15                              _Margaret a. Nagle_

16                              MARGARET A. NAGLE
                                United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28  Deten[2].ord                           2